OWEN F. BURNS III et al., Appellants, v JAMES R. VARRIALE JR., Defendant, and ST. PAUL/TRAVELERS INSURANCE COMPANY, Respondent. (And a Related Proceeding.)

Submitted January 8, 2007; decided February 15, 2007

Motion by the Injured Workers' Bar Association for leave to file an affirmation/brief amicus curiae on the motion for leave to appeal herein granted and the affirmation/brief is accepted as filed.

Judge JONES taking no part.

---

SERGEI CHEPILKO, M.D., PH.D., Appellant, v CORNELL UNIVERSITY et al., Respondents.

Submitted December 18, 2006; decided February 15, 2007

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (see NY Const, art VI, § 3; CPLR 5602). Motion for poor person relief dismissed as academic.

Judge JONES taking no part.